UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
DAVID G. MAPLEY
    DEBTOR.

GLORIA MAPLEY,

           Plaintiff,

VS.

DAVID GRANT MAPLEY,

           Defendant.
_____/

JUDGE THOMAS J. TUCKER
CASE NO.: 09-64333
CHAPTER 7

## DEBTOR'S ANSWER TO COMPLAINT OBJECTING TO DISCHARGE

DAVID GRANT MAPLEY, submits this answer to Complaint objecting to discharge and states unto this Honorable Court as follows answering paragraph by paragraph:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit that Debtor intends on surrendering the marital home, and further admit that only Mr. Mapley, and not Mrs. Mapley, appears on the mortgage to the marital home for reason that Mrs. Mapley was

unable to qualify due to her poor credit history.

8. Admit that the marital home is owned as tenants by the entireties, and further state that Mrs. Mapley appears on the creditor matrix filed with this court.

9. Admit.

10. Deny, and leave Mrs. Mapley to her proofs.

11. Admit and further state that the assets of the "law practice" were listed throughout the bankruptcy petition.

12. Deny, and further state that Debtor will willingly abandon and/or forfeit the full and complete alleged "value" to his law practice to the trustee for reason that the "law practice" has no value whatsover, and consists predominantly of uncollectable accounts receivable. The list of accounts receivable has been timely provided in writing to the assigned trustee.

13. Deny for reason that Mrs. Mapley properly appeared on the creditor matrix and apparently has several attorneys in regards to these matters that have been arguably funded by her boyfriend, and it goes without saying that she is duly informed in filing the instant petition, and has not been without

representation throughout these proceedings having previously filed a Motion with this Honorable Court.

14. Deny for the reasons stated more fully above.

WHEREFORE, Debtor respectfully request that this Court deny any and all relief requested by debtor, and respectfully objects to same, herein requesting a hearing on this contested matter, and demanding that attorney fees and costs be assessed in favor of Debtor for having to so wrongfully defend this matter.

/S/DAVID GRANT MAPLEY (P47918)
Debtor
5635 Highland Road
Waterford, Michigan 48327
Phone: 248.674.4900
Fax: 248.674.4906
Email: davemapley@comcast.net

Dated: December 15, 2009