UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 09-64333

DAVID GRANT MAPLEY,                                       Chapter 7

        Debtor.                                          Judge Thomas J. Tucker
_____/

GLORIA MAPLEY,

        Plaintiff,

v.                                                        Adv. Pro. No. 09-6953

DAVID GRANT MAPLEY,

        Defendant.
_____/

**ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR LACK OF STANDING**

    In this adversary proceeding, Plaintiff seeks a denial of Debtor's discharge under 11 U.S.C. § 727(a). It appears that the debt or debts owed to Plaintiff all arise from or are based on orders of the Oakland County, Michigan Circuit Court in a pending divorce action between the parties (Case No. 09-758616-DO). As such, it appears that these debts are non-dischargeable under 11 U.S.C. § 523(a)(15), and/or 11 U.S.C. § 523(a)(5). Therefore, it appears that even if Plaintiff were successful in this § 727(a) action, she would gain nothing for herself, beyond what she already has. Plaintiff already appears to have claims against the Debtor that are non-dischargeable in Debtor's Chapter 7 bankruptcy case. And the Court questions the standing of one creditor (here, the Plaintiff) to seek a denial of the Debtor's discharge under U.S.C. § 727(a) only on behalf of any *other* creditors.

For these reasons,

IT IS ORDERED that no later than **September 7, 2010**, Plaintiff must file a written response to this Order, showing cause why this adversary proceeding should not be dismissed for lack of standing.[1]

**Signed on August 23, 2010**               /s/ Thomas J. Tucker
                                            **Thomas J. Tucker**
                                            **United States Bankruptcy Judge**

---

[1] Because of this Order, the Court is adjourning the trial that is currently scheduled for tomorrow (August 24, 2010.) This is being done today by separate notice.